UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PILOT INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COOLMAN OUTDOOR CORP. d/b/a "OUTDOORPRO11," "TRUCKMARTOUTLET," and "TRUCKMATE," a California Corporation,<br><br>　　　　　Defendant. | Case No. 5:18-cv-02286-JAK-SP<br><br>**JUDGMENT**<br><br>**JS-6** |

Judgment is hereby entered in favor of Plaintiff Pilot Inc. and against Defendant Coolman Outdoor Corp. on Plaintiff's claim for Patent Infringement, through the following injunctive relief:

Defendant, its agents, servants, employees and all persons acting under its authority, direction, or control as well as all persons knowingly acting in concert or participation with any of them and who have been served with notice of this Judgment, are enjoined from manufacturing, importing for sale, selling, and offering for sale vehicle steps that infringe U.S. Design Patent No. D658,559.

IT IS SO ORDERED.

Dated: April 10, 2019 _____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE